Harry Wandke, Appellee, v. City of Chicago, Appellant.

Gen. No. 41,961. 

Heard in third division, first district, this court at October term, 1941; opinion filed April 8, 1942; rehearing denied May 7, 1942. Barnet Hodes, Corporation Counsel, for appellant; James A. Velde, A. L. Schwartz and L. Louis Karton, Assistant Corporation Counsel, of counsel; Krohn & MacDonald, for appellee; Stuart B. Krohn and Ian P. MacDonald, of counsel. Opinion by JUSTICE HEBEL. "Not to be published in full."